■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON ROBINSON, Appellant. [864 NYS2d 378]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered February 2, 2005. The judgment convicted defendant, after a nonjury trial, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.